UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | File No. 1:03-CR-35-1 |
| : | |
| **ANDREW CAPOCCIA** : | |

# ORDER

The Magistrate Judge's Report and Recommendation was filed June 10, 2009. (Paper 568.) After <u>de novo</u> review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. <u>See</u> 28 U.S.C. § 636(b)(1).

Capoccia's motion to vacate under 28 U.S.C. § 2255 (Paper 548) is DENIED without prejudice. The Motion for Order Admitting Petitioner to Bail Pending Petition Under § 2255 (Paper 564) is DENIED as moot.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 15th day of July, 2009.

/s/ J. Garvan Murtha
J. Garvan Murtha
Senior United States District Judge